☐ AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Theodore E. Rufus**  Case No. 18-28630

Debtors:  Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:** (1) 4886 Weaver Road
Memphis, TN 38109   (2)

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **642.00**  (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
☐ PAYROLL DEDUCTION From: Unemployed   OR ( X ) DIRECT PAY

**Debtor(2)** shall pay $   (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION  OR ( ) DIRECT PAY
From:

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]  ☐ YES  ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION  ☐ YES  ☑ NO
    OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].  ☐ YES  ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**   Monthly Plan Payment:

**None**  Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
ongoing payment begins   $
Approximate arrearage:

**5. PRIORITY CLAIMS:**

**-NONE-**  Amount  $

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:

**Pennymac Loan Service**  ongoing payment begins  January 1, 2019   $**476.00**
Approximate arrearage: **1,904.00**  Interest  **0.00**  $**32.00**

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]  Value of Collateral:  Rate of Interest:  Monthly Plan Payment:
**None**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]  Value of Collateral:  Rate of Interest:  Monthly Plan Payment:
**-NONE-**    $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                             Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: $ |
|---|---|---|---|
| -NONE- |  |  |  |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None                               ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $2,096.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐  _____ %, OR,
☑  THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                                            ☐ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Michael J. Baloga                                        Date  October 31, 2018                              .
Michael J. Baloga
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)